# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

IN RE: THE IMMEDIATE AND
TEMPORARY CUSTODY OF THE
MINOR CHILD, L.P.A.

NO.   2023 CW 0925

**OCTOBER 5, 2023**

---

In Re:    Lindsey Buell Alexander, applying for supervisory
writs, 23rd Judicial District Court, Parish of
Ascension, No. 132778.

---

**BEFORE:   McCLENDON, HESTER, AND MILLER, JJ.**

**WRIT GRANTED IN PART WITH ORDER AND DENIED IN PART.**
Relator, Lindsey Buell Alexander, timely requested the judgments
orally rendered in open court on July 24, 2023 be reduced to
writing pursuant to Louisiana Code of Civil Procedure Article
1914. Accordingly, the district court is instructed to reduce
those judgments rendered in open court on July 24, 2023 to
writing within 30 days of this action. In all other respects,
the writ application is denied.

**PMc**
**CHH**
**SMM**

COURT OF APPEAL, FIRST CIRCUIT

*a.S⏟Ɗ*
_____
DEPUTY CLERK OF COURT
   FOR THE COURT